UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                                 :
                                 :     **Case No: 20-cr-127 (CKK)**
                                 :
            v.                      :
                                 :
**CHANCE BARROW,**                :
                                 :
        Defendant.            :

## VERDICT FORM

On the first portion of this Verdict Form, the jury shall indicate whether the government has proven beyond a reasonable doubt that Defendant Chance Barrow devised and intended to devise a scheme to defraud or to obtain money and property from the United States Treasury Inspector General for Tax Administration ("TIGTA") by means of materially false and fraudulent pretenses, representations and promises, and that for the purpose of executing the scheme, the defendant knowingly and willfully transmitted or caused to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, signals, pictures, and sounds into the District of Columbia in violation of 18 U.S.C. § 1343, in the following 2 counts:

1. <u>COUNT ONE</u>: With respect to the offense of wire fraud between May 11, 2018 and May 24, 2018, related to the transmission of a job application and supplementary materials via the USAJOBS.com website, as charged in Count One, we the jury unanimously find the Defendant Chance Barrow:

        ✔ Guilty            _____ Not Guilty

2. <u>COUNT TWO</u>: With respect to the offense of wire fraud on July 16, 2018 related to the email of a Form SF-86C, as charged in Count Two, we the jury unanimously find the Defendant Chance Barrow:

        ✔ Guilty            _____ Not Guilty

1

On the second portion of this Verdict Form, the jury shall indicate whether the government has proven beyond a reasonable doubt that Defendant Chance Barrow did knowingly and willfully falsify, conceal, or cover up by a trick, scheme, or device, material facts within the jurisdiction of the Treasury Inspector General for Tax Administration, ("TIGTA"), in violation of 18 U.S.C. § 1001(a)(1).

3.  <u>COUNT THREE</u>: With respect to the offense of a concealment scheme of material facts, as charged in Count Three, we the jury unanimously find the Defendant Chance Barrow:

    ✓ Guilty                          _____ Not Guilty

_____                    _6/24/21_____
Foreperson                                          Date

2